UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

KIBBY ROAD, LLC,

    Plaintiff,

    v.

WILLIAM MCCANN, et al.,

    Defendants.

Case No. 16-cv-02253-WHO

**ORDER ADOPTING REPORT AND RECOMMENDATION AND REMANDING CASE**

Re: Dkt. Nos. 3, 4

On April 29, 2016, Magistrate Judge Maria-Elena James issued a Report and Recommendation recommending the remand of this unlawful detainer action to Contra Costa County Superior Court because of a lack of subject matter jurisdiction. Dkt. No. 4. Objections to Judge James's recommendation to remand were due by May 16, 2016. Federal Rule of Civil Procedure 72(b); Civ. Local Rule 72-3. As of today's date, no objections have been filed.

Having reviewed the matter, the Court ADOPTS Judge James's Report and Recommendation in whole. For the reasons expressed therein, this case is REMANDED to the Contra Costa County Superior Court. Defendants' motion for leave to proceed in forma pauperis is GRANTED. Dkt. No. 3.

**IT IS SO ORDERED**.

Dated: June 6, 2016

WILLIAM H. ORRICK
United States District Judge